# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **DAVID EUGENE WOODS,** | ) | |
| Plaintiff, | ) | Case No. 2:17CV00014 |
| v. | ) | **OPINION AND ORDER** |
| **NANCY A. BERRYHILL,** | ) | By: James P. Jones |
| **ACTING COMMISSIONER** | ) | United States District Judge |
| **OF SOCIAL SECURITY,** | ) | |
| Defendant. | ) | |

*P. Heith Reynolds, Wolfe, Williams, & Reynolds, Norton, Virginia, for Plaintiff; Antonia M. Adam, Special Assistant United States Attorney, Social Security Administration, Philadelphia, Pennsylvania, for Defendant.*

In this Social Security disability case, the plaintiff has filed timely Objections to the Report and Recommendation ("Report") of the magistrate judge recommending that the court affirm the decision of the Commissioner of Social Security ("Commissioner") which denied his claims for disability insurance and supplemental security income benefits under the Social Security Act. The parties have fully briefed the issues and the Objections are ripe for decision.

I must review the aspects of the Report to which the plaintiff objects de novo, and either "accept, reject, or modify, in whole or in part, the findings or recommendations" made by the magistrate judge. 28 U.S.C. § 636(b)(1).

After careful consideration of the record and the arguments of counsel, I will overrule the plaintiff's Objections for the reasons stated by the Commissioner in her response. Accordingly, it is **ORDERED** as follows:

1. The Report, ECF No. 17, and its findings and recommendations are wholly ACCEPTED;

2. The Objections by the plaintiff, ECF No. 18, are OVERRULED;

3. The Motion for Summary Judgment by the Plaintiff, ECF No. 11, is DENIED;

4. The Motion for Summary Judgment by the Commissioner, ECF No. 15, is GRANTED; and

5. The final decision of the Commissioner is AFFIRMED.

A separate final judgment shall be entered forthwith.

ENTER: March 19, 2018

/s/ James P. Jones
United States District Judge